PER CURIAM.

The offense is burglary with a prior conviction for an offense of like character alleged for the purpose of enhancement; the punishment, twelve years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for a violation of the Liquor Control Act, Vernon's Ann.P.C. art. 666–1 et seq. with punishment assessed at a fine of $350.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Clara Mae WEST, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28052.

Court of Criminal Appeals of Texas.

Feb. 15, 1956.

**Thomas Marion COMBES, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28060.

Court of Criminal Appeals of Texas.

Feb. 15, 1956.

